AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Frank Joseph Bratjan Jr

)
) Case: 1:22-mj-00134
) Assigned To: Magistrate Judge Zia M. Faruqui
) Assign. Date: 6/8/2022
) Description: Complaint with Arrest Warrant
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Frank Bratjan,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 06/09/2022

Zia M. Faruqui
2022.06.09 18:56:55 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 6-9-22, and the person was arrested on *(date)* 6-14-22
at *(city and state)* Eagan, Minnesota.

Date: 6-14-22

*Arresting officer's signature*

Jaran Bujold, Special Agent
*Printed name and title*