## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 1:22-mj-00134 (ZMF) |
| : | |
| FRANK JOSEPH BRATJAN, : | |
| : | |
| Defendant.   : | |
| : | |

### NON-OPPOSITION TO PRETRIAL SERVICES AGENCY'S
### REQUEST TO MODIFY CONDITIONS OF RELEASE

On July 13, 2022, the Pretrial Services Agency for the District of Columbia filed a status report and request to change conditions of release for defendant Frank Bratjan.  Dkt. 10.  Based on the defendant's admitted drug and alcohol use during an interview with Pretrial Services in the District of Minnesota, Pretrial Services Agency is requesting the addition of two conditions:

(1) Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

(2) Not use alcohol excessively.

*Id*. at 2.  The United States has no opposition to the addition of these two requested conditions of pretrial release.

          Respectfully submitted,
          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:    /s/ *Emily W. Allen*
          EMILY W. ALLEN, Cal. Bar No. 234961
          Assistant United States Attorney
          601 D Street N.W.
          Washington, D.C. 20530
          emily.allen@usdoj.gov
          (907) 271-4724