UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK JOSEPH BRATJAN, | ) | No. 18-mj-00134 (ZMF) |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S NON-OPPOSITION TO PRETRIAL SERVICES AGENCY'S REQUEST TO MODIFY CONDITIONS OF RELEASE

On July 13, 2022, the Pretrial Services Agency for the District of Columbia filed a status report, ECF No. 10, requesting that the conditions of release for Defendant Frank Bratjan be modified to include the conditions that Defendant:

1. Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

2. Not use alcohol excessively.

*Id*. at 2. Defendant does not oppose the addition of these conditions of pretrial release.

Dated:  July 19, 2022

Respectfully submitted,

_____/s/_____
Paul F. Enzinna (D.C. Bar No. 421819)
Ellerman Enzinna PLLC
1050 30th St., NW
 Washington, DC  20007
202-753-5553
penzinna@eellaw.com

*Counsel for Defendant Frank Bratjan*

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on July 19, 2022, a true copy of the foregoing Defendant's Non-Opposition to Pretrial Services Agency's Request to Modify Conditions of Release was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

_____/s/_____
Paul F. Enzinna

*Counsel for Defendant Frank Joseph Bratjan*